■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY PARKER, Appellant. [629 NYS2d 50] —Appeal by the defendant from a judgment of the County Court, Westchester County (West, J.), rendered February 17, 1993, convicting him of criminal sale of a controlled substance in the third degree (two counts) and criminal possession of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, without a hearing, of the branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

On November 20, 1991, an undercover police officer purchased illegal drugs from the defendant and, within two hours of the sale, identified him from a single photograph. The County Court properly denied the branch of the defendant's omnibus motion which was for a *Wade* hearing because the single-photograph identification was merely confirmatory *(see, People v Bellamy,* 215 AD2d 572; *People v Montgomery,* 213 AD2d 563; *see also, People v Wharton,* 74 NY2d 921, 922-923; *People v Lane,* 185 AD2d 282, 283-284).

The defendant's sentence is not excessive *(see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review *(see,* CPL 470.05 [2]) or without merit. Sullivan, J. P., Miller, Thompson and Joy, JJ., concur.